UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEON MONTELL CRENSHAW,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No.  1:25-cr-00094

## **ORDER OF DETENTION**

    This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a four-count indictment.  Count 1 charges defendant with felon in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1); counts 2 and 4 charge him with possession of a stolen firearm; in violation of 18 U.S.C. §§ 922(j); and count 3 charges him with felon in possession of firearms, in violation of 18 U.S.C. §§ 922(g)(1).

    The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).  The Court conducted a hearing on July 16, 2025, at which defendant was represented by counsel.

    Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government met its burden of

establishing by clear and convincing evidence that he is a danger to the community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on July 17, 2025.

      /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge